[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 6, 2005
THOMAS K. KAHN
CLERK

_____

No. 05-10546
Non-Argument Calendar

_____

D. C. Docket No. 04-00004-CR-HL-6-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORY GLENN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(September 6, 2005)

Before CARNES, HULL and WILSON, Circuit Judges.

PER CURIAM:

Elizabeth Francisco, appointed appellate counsel for Gregory Glenn in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Glenn's conviction and sentence are **AFFIRMED.**